ORIGINAL



FILED

08/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0445

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0445

JUSTIN WADE BROWN,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

ORDER

FILED

AUG 1 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appearing on his own behalf, Justin Wade Brown has filed a "Writ of Plain Error Review" with this Court. Citing to § 46-23-506, MCA, Brown seeks relief from "the violent offender registration requirement[.]" Brown puts forth that "the act of forcing the Petitioner to register as a violent offender based on a Misdemeanor P.F.M.A. conviction is a clear violation of the Ex-Post-Facto Clause of both the United States Constitution, and the state of Montana Constitution."

Brown has brought his arguments to the wrong court. "Petitions for relief from registration under this part must be filed in the appropriate Montana district court." Section 46-23-506(2)(d), MCA. Brown also brings his arguments through the wrong vehicle. "Proceedings commenced in the supreme court originally to obtain writs of habeas corpus, injunction, review or certiorari, mandate, quo warranto, and other remedial writs or orders, shall be commenced and conducted in the manner prescribed by the applicable sections of the Montana Code Annotated . . . ." M. R. App. P. 14(2). There is no *writ* of plain error review because no statutes exist for such a writ. Plain error review is raised in a direct appeal and may be considered when fundamental and constitutional rights are implicated. *State v. Rardon*, 2002 MT 345, ¶ 16, 313 Mont. 321, 61 P.3d 132. Brown has the option to seek relief from the requirement in the sentencing court. Accordingly,

IT IS ORDERED that Brown's Writ of Plain Error Review is DISMISSED with prejudice.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Justin Wade Brown personally.

DATED this 13th day of August, 2024.

 

_____

_____

_____

_____

_____
Justices